[DO NOT PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

————————————————

No. 12-12585
Non-Argument Calendar

————————————————

D.C. Docket No. 8:11-cr-00603-SDM-AEP-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIO MONTENEGRO ENRIQUEZ,

Defendant-Appellant.

————————————————

Appeal from the United States District Court for the
Middle District of Florida

————————————————

(April 26, 2013)

Before HULL, JORDAN and FAY, Circuit Judges

PER CURIAM:

Jorge Chalela, appointed counsel for Mario Montenegro-Enriquez, in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals

that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Montenegro-Enriquez's convictions and sentences are **AFFIRMED**.